IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS AV, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-cv-1089-GMS |
| ) | |
| MITEL NETWORKS CORPORATION; ) | JURY TRIAL DEMANDED |
| MITEL (DELAWARE), INC., ) | |
| ) | |
| ) | |
| Defendants ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus AV, LLC, ("Pragmatus") and Mitel Networks Corporation ("Mitel Networks") and Mitel (Delaware), Inc. ("Mitel Delaware") hereby (collectively, "Mitel or "Defendants"), having entered into a settlement and license agreement and each having executed the agreement, hereby stipulate to:

(1) Dismissal with prejudice of all of Pragmatus's claims against Defendants in this action; and

(2) Dismissal with prejudice of all of Defendants' counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

FARNAN LLP

By: /s/ Brian E. Farnan
    Brian E. Farnan (#4089)
    919 North Market Street
    12th Floor
    Wilmington, DE 19801
    Tel: (302) 777-0300
    bfarnan@farnanlaw.com

*Attorney for Plaintiff*

FISH & RICHARDSON P.C.

By: /s/ Susan M. Coletti
    William J. Marsden, Jr. (#2247)
    Susan M. Coletti (#4690)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, Delaware 19801
    Tel: (302) 652-5070
    marsden@fr.com
    coletti@fr.com

*Attorney for Defendants*

SO ORDERED this 22nd day of August, 2012.

_____
The Honorable Gregory M. Sleet